Pamela M. Egan, Cal. Bar No. 224758
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: (415) 688-4622
Facsimile: (800) 930-7271
Email: pamela.egan@rimonlaw.com

*Attorneys for Rimon P.C.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>XS RANCH FUND VI, L.P.,<br><br>           Alleged Debtor. | Case No. 16-31367 – DM 7<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY RIMON P.C.** |

**PLEASE TAKE NOTICE THAT** Rimon P.C. ("Rimon"), an interested party in the above-captioned case (the "Case"), hereby requests that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in the Case. Rimon further requests that copies of all notices and pleadings given or required to be given in the Case and copies of all papers served or required to be served in the Case, including but not limited to, all notices, reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any

related to the Case, including in adversary proceedings, be given and served upon Rimon at the following address:

> Pamela M. Egan
> RIMON P.C.
> One Embarcadero Center, Suite 400
> San Francisco, CA 94111
> Phone: (415) 688-4622
> Fax: (800) 930-7271
> Email: pamela.egan@rimonlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, fax or otherwise filed or made with regard to the above-captioned case.

DATED: March 17, 2017

RIMON P.C.

By: /s/ Pamela M. Egan
Pamela M. Egan, Cal Bar No. 224758
Attorneys for Rimon P.C.