Fill in this information to identify the case:

Debtor name: **XS Ranch Fund VI, L.P.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**
Case number (if known): **16-31367-DM-11**

■ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Armbrust and Brown** 100 Congress Ave., Suite 1300 Austin, TX 78701 | **David Armbrust** darmbrust@abaustin.com 512-435-2300 | **Legal Fees** | | | | $121,955.50 |
| **Chaparral Surveying** 3500 McCall Lane Austin, TX 78744 | **Sharon Watts** sharon@chapsurvey.com 512-443-1724 x200 | **Vendor Payable** | | | | $5,574.88 |
| **DPFG** 8140 N. Mopac, Bldg. 4, #270 Austin, TX 78759 | **Rick Rosenberg** rick.rosenberg@dpfg.com 512-732-0296 | **Trade debt** | | | | $61,748.72 |
| **ECS Texas, LLP** 2120 Denton Dr., #105 Austin, TX 78758 | **Craig Hiatt** chiatt@ecslimited.com 512-837-8005 | **Vendor Payable** | | | | $30,668.00 |
| **Foster Strategies** 1820 Milan St. New Orleans, LA 70115 | fosterstragtegy@gmail.com 504-897-2236 | **Vendor Payable** | | | | $41,875.58 |
| **Freeman and Corbett** 8500 Bluffstone Cove. Austin, TX 78759 | **Ron Freeman** rfreeman@freemanoffice.com | **Legal Fees** | | | | $23,216.27 |
| **Glazier Le Architects, LLP** 120 Bloomfield Rd. Burlingame, CA 94010 | **Espie Ladisla** espie@glazierie.com 650-230-9062 | **Vendor Payable** | | | | $32,183.47 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hardee Partners, LLC**<br>3606 Oakmont Dr.<br>Grand Prairie, TX 75052 | **Camilla Hardee**<br><br>camillahardee@gmail.com<br>214-912-6008 | **Vendor Payable** | | | | $62,509.49 |
| **Heibing**<br>515 Wisconsin Ave.<br>Madison, WI 55703 | **Ted Jon**<br><br>tjon@heibing.com<br>512-763-2780 | **Vendor Payable** | | | | $28,202.66 |
| **Hoover Associates**<br>1407 W. 46th St.<br>Austin, TX 78756 | **Morris Hoover**<br><br>morris@edesignit.com<br>512-467-2655 | **Vendor Payable** | | | | $135,007.10 |
| **Jackson Walker LLP**<br>100 Congress Ave., Suite 110<br>Austin, TX 78768 | **Jim Alsup**<br><br>jalsup@jw.com<br>512-236-2010 | **Vendor Payable** | | | | $10,800.00 |
| **LCRA**<br>PO Box 220<br>Austin, TX 78767 | <br>512-973-3200 | **Vendor Payable** | | | | $40,000.00 |
| **Legacy International**<br>2101 Lakeway Blvd., #130<br>Austin, TX 78734 | **Philip Jalufka**<br><br>pjaluka@legacyinp.com<br>512-289-2445 | **Vendor Payable** | | | | $172,182.45 |
| **Proof Advertising**<br>114 W. 7th St., #500<br>Austin, TX 78701 | **Sparky White**<br><br>spark.white@proof-advertising.com<br>512-427-3149 | **Vendor Payable** | | | | $34,437.50 |
| **RCL Co**<br>7200 Wisconsin Ave., 11th Floor<br>Bethesda, MD 20814 | **Todd LaRule**<br><br>billing@rclco.com<br>240-644-1300 | **Vendor Payable** | | | | $12,679.70 |
| **Rimon PC**<br>1 Embarcadero Center #400<br>San Francisco, CA 94111 | **Pamela Egan**<br><br>pamela.egan@rimonlaw.com<br>415-297-0132 | **Legal Fees** | | | | $1,275,000.00 |
| **RMD Development Partners**<br>508 Baylor St.<br>Austin, TX 78703 | **Rhett Dawson**<br><br>rheyy@rmd-partners.com<br>512-732-7192 | **Vendor payable** | | | | $220,000.00 |
| **Taylor & Co.**<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111 | **Johnathan Patchen**<br><br>jpatchen@taylorpatchen.com<br>415-788-8200 | **Vendor Payable** | | | | $35,199.68 |

| Debtor | XS Ranch Fund VI, L.P. | | Case number *(if known)* | 16-31367-DM-11 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VCFO**<br>**6836 Austin Center Blvd. Bldg. 1**<br>**Ste. 280**<br>**Austin, TX 78731** | **512-345-9441** | **Vendor Payable** | | | | $21,000.00 |
| **Vogel and Associates**<br>**475 W. 12th Ave., Suite E**<br>**Denver, CO 80204** | **Jeff Vogel**<br>**jvogel@vogelassoc.com**<br>**303-324-1961** | **Vendor Payable** | | | | $76,812.94 |