| Fill in this information to identify the case: | |
|---|---|
| Debtor name | XS Ranch Fund VI, L.P. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 16-31367-DM-11 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 79,874,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................... $ 1,012,302.18

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 80,886,302.18

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 49,768,790.30

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $ 58,363.01

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 4,648,107.14

4. **Total liabilities** ..................................................................................................................................... $ 54,475,260.45
   Lines 2 + 3a + 3b