# United States Bankruptcy Court
## Northern District of California

In re: **XS Ranch Fund VI, L.P.**
Debtor(s)

Case No. **16-31367-DM-11**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

SEE ATTACHED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 15, 2017

Signature: *[signed]* **Michael VanderLey**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**XS Ranch Fund VI, LP**
**Schedule of Equity Security Holders**

| No. | Investor | Capital Commitment | Units | Contact | Address | City, State, Zip |
|---|---|---|---|---|---|---|
| 1 | Zander Lurie The Paine Family Trust | 250,000 | 1.25 | Attn: Zander Lurie Paine & Partners, LLC | 1785 Oak Avenue One Franklin Parkway, Building 910, Suite 120 | Menlo Park, CA 94025 |
| 2 | DTD 10/13/94 | 1,000,000 | 5.00 | c/o Robert Meyer | | San Mateo, CA 94403 |
| 3 | Paul R. House and Martha L. House | 100,000 | 0.50 | - | 721 Camelot Lane | Houston, TX 77024 |
| 5 | The William and Claire Wolfenden Family Trust dtd 10/10/00 | 200,000 | 1.00 | - | 20 Cottonwood Court | Hillsborough, CA 94010 |
| 6 | Lawrence J. and Gwendolyn G. Melody | 200,000 | 1.00 | Attn: Larry Melody | 3 Lazy Wood Lane | Houston, TX 77024 |
| 7 | Biggar Family Trust | 800,000 | 4.00 | Attn: Mike Biggar | 494 W. Portola Ave. | Los Altos, CA 94022 |
| 8 | Thomas J. Melody | | | | | |
| 9 | Michael J. and Shelley W. Melody | 200,000 | 1.00 | Capital Markets Group- Real Estate Investment Banking | 1400 Post Oak Blvd., Suite 1200 | Houston, TX 77056 |
| 10 | Eric L. and Barbara Jane Tupler | 200,000 | 1.00 | - | 5847 Shady River Drive | Houston, TX 77057 |
| 12 | George E. Rossmann and Lynn L. Rossmann UAD 3/2/95 | 200,000 | 1.00 | - | 4070 E. Chestnut CT. | Greenwood Village, CO 80121 |
| 13 | Wallace Family Trust UA DTD 7/28/99 | 500,000 | 2.50 | Attn: John Wallace | 219 Rosalie Court | Los Gatos, CA 95032 |
| 14 | Monica M. Bancroft 2004 Living Trust | 200,000 | 1.00 | Attn: Stephanie Samuells /Bessemer Trust NA | 130 Cypress Ave. | Kentfield, CA 94904 |
| 15 | Paul Bancroft III 2004 Living Trust | 400,000 | 2.00 | Attn: Stephanie Samuells /Bessemer Trust NA | 630 Fifth Avenue, Floor 39 | New York, NY 10111 |
| 16 | Banvine Partners, L.P. | 400,000 | 2.00 | c/o Banvine Corporation, General Partner | 3793 Reliance Road | Middleton, VA 22645 |
| 17 | David G. Runnels and Therese M. Runnels | 50,000 | 0.25 | - | 6062 Riverview Way | Houston, TX 77057 |
| 18 | Joe Wolf | 500,000 | 2.50 | - | 1080 Edgewood | Mill Valley, CA 94941 |
| 19 | Mackenzie Davis | 200,000 | 1.00 | - | 227 West Blithedale Ave. | Mill Valley, CA 94941 |
| 20 | The Elliott Family Living Trust | 400,000 | 2.00 | Attn: David Elliott | 158 W. Blithedale Ave. | Mill Valley, CA 94941 |
| 21 | Goldsmith Family Trust | 200,000 | 1.00 | Attn: David L. Goldsmith | 6 Monterey Terrace | Orinda, CA 94563 |
| 22 | James J. Tramuto | 100,000 | 0.50 | - | 6147 Willers Way | Houston, TX 77057 |
| 23 | James A. and JoAnn C. Tramuto | 100,000 | 0.50 | - | 5552 Cedar Creek Drive | Houston, TX 77056 |
| 24 | Jeffrey Michael Jacobe | 200,000 | 1.00 | - | 3015 Locke Lane | Houston, TX 77019 |
| 25 | Goel Family Partnership | 2,000,000 | 10.00 | Attn: Prabhu Goel | 98 Ridgeview Dr. | Atherton, CA 94027 |

| # | Name | Amount | | Address | City, State ZIP |
|---|---|---|---|---|---|
| 26 | Allison K. Thacker and Troy Thacker | 200,000 | 1.00 | 6 Longfellow Lane | Houston, TX 77005 |
| 28 | John F. Masdea II | 100,000 | 0.50 | 335 Loring | Mill Valley, CA 94941 |
| 29 | Michael T. Masdea | 200,000 | 1.00 | 51 Westgate Road | Wellesley, MA 02481 |
| 31 | Jack Fraker | | | c/o CBRE 2100 McKinney Avenue, Suite 700 | Dallas, TX 75201 |
| 32 | Kevin E. Barnes | 200,000 | 1.00 | 16 Buckeye Rd. | Belvedere, CA 94920 |
| 33 | Eric Johnson | 200,000 | 1.00 | 132 Commonwealth Ave | San Francisco, CA 94118 |
| 35 | Lawrence D. Long and Mary C. Diehl | 400,000 | 2.00 | 1225 Fern Ridge | Felton, CA 95018 |
| 36 | Palatine, LP | 1,000,000 | 5.00 | Attn: David L. Rome 26883 Dezahara Way | Los Altos Hills, CA 94022 |
| 37 | Dewitt Richard and Marcy K. Leachman | 200,000 | 1.00 | Attn: Dr. Richard Leachman 6 Claymore CT. | Houston, TX 77024 |
| 38 | Reinsberg Family Trust | 200,000 | 1.00 | Attn: William R. Reinsberg 31 Indian Wells | Moraga, CA 94556 |
| 41 | Edward N. Barad | 100,000 | 0.50 | 5455 Landmark Place, #913 | Greenwood Village, CO 80111 |
| 42 | B.B. Patel | 1,000,000 | 5.00 | 2 Cowell Lane | Atherton, CA 94027 |
| 44 | Hill Living Trust | 200,000 | 1.00 | Attn: Rocky Hill 21760 Heber Way | Saratoga, CA 95070 |
| 45 | Saunders Family Revocable Trust | 250,000 | 1.25 | Attn: Vince Saunders 51 Craig Avenue | Piedmont, CA 94611 |
| 50 | James Bochnowski | 2,000,000 | 10.00 | Attn: James J. Bochnowski 28 Camino Por Los Arboles | Atherton, CA 94027 |
| 51 | Sanford R. Robertson | 250,000 | 1.25 | c/o Francisco Partners One Letterman Drive, #C-410 | San Francisco, CA 94129 |
| 53 | Anthony Saracino | 150,000 | 0.75 | Attn: Anthony Saracino 1020 Coronado Blvd. | Sacramento, CA 95864 |
| 54 | Shoemaker Children's Trust | 200,000 | 1.00 | Attn: Steve Blatt 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 55 | WIN Investments, LP | 200,000 | 1.00 | Laguna Business Resources 18430 Brookhurst, Suite 202 | Fountain Valley, CA 92708 |
| 58 | Steven Blatt | 200,000 | 1.00 | 256 S. Arden Blvd | Los Angeles, CA 90004 |
| 64 | Howard Cottage Investments, LP | 250,000 | 1.25 | Attn: Steve Blatt 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 65 | Christopher Meledandri | 250,000 | 1.25 | c/o Chapman, Bird, Grey & Tessler 1990 South Bundy Drive, Suite 200 | Los Angeles, CA 90025 |
| 66 | Wildwood Trust #2 U/A/D 7/24/87 | 250,000 | 1.25 | Attn: Michael Cohen 1999 Avenue of the Stars, Suite 900 | Los Angeles, CA 90067 |
| 67 | 10 Gracie Square, LLC | 350,000 | 1.75 | Attn: Steve Blatt 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 68 | The Wright Family Trust 10/12/00 | 350,000 | 1.75 | Attn: Steve Blatt 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 69 | Shoemaker Property LLC | 350,000 | 1.75 | Attn: Steve Blatt 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 70 | Elma R. Shoemaker Grandchildren's Trust | 350,000 | 1.75 | Attn: Edward Landry One Wilshire Blvd., Suite 2000 | Los Angeles, CA 90017 |

| # | Name | Amount | | Address | City/State/Zip |
|---|---|---|---|---|---|
| 71 | Lakequest Enterprises, Inc. -Defined Benefit Pension Plan | 400,000 | 2.00 | Attn: Jeff Blatt | 920 E. Dean Keeton Street | Austin, TX 78705 |
| 72 | SF Services, LLC | 400,000 | 2.00 | | 10811 Washington Blvd., #370 | Culver City, CA 90232 |
| 73 | The Hollander Living Trust dtd 3/3/95 | 400,000 | 2.00 | Attn: Chris Tomaszewski | 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 74 | Arn & Nancy Tellem Living Trust DTD 8/19/98 | 500,000 | 2.50 | Attn: Steve Blatt | 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 75 | Rudnick Living Trust dtd 7/22/91 | 500,000 | 2.50 | Attn: Allan Rudnick | 531 Barnaby Road | Los Angeles, CA 90077 |
| 80 | Richard Hefter | 50,000 | | | 2222 Hermosa Avenue | Hermosa Beach, CA 90254 |
| 89 | Shire Investment Management Inc. -Profit Sharing Plan | 100,000 | 0.25 | - | | |
| 90 | Winkler Children's Trust of 1998 | 100,000 | 0.50 | Marvin Winkler | 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 96 | Goldstein Family Trust dtd 1/29/93 | 100,000 | 0.50 | Attn: Steve Blatt | 32932 Pacific Coast Hwy. #14-487 | Dana Point, CA 92629 |
| 99 | Mendelsohn Family Trust dtd 7/21/92 | 100,000 | 0.50 | Attn: Richard Goldstein | 20629 Chatsboro Dr. | Woodland Hills, CA 91364 |
| 100 | The Garth Facinelli Trust dtd 2-13-96 | 100,000 | 0.50 | Attn: David Mendelsohn | 4411 Westchester Dr. | Woodland Hills, CA 91364 |
| 104 | The Carroll Living Trust | 100,000 | 0.50 | c/o Diana Irena, Wasserman Grossman & Sloan LLP | 10990 Wilshire Blvd. | Los Angeles, CA 90024 |
| 107 | Hannah, LLC Defined Benefit Retirement Trust | 100,000 | 0.50 | Attn: Adam Carroll | 2416 Paseo Del Mar | Palos Verdes Estates, CA 90274 |
| 110 | Hart Family Trust | 100,000 | 0.50 | c/o Bradley Johnson Attn: Garrett Hart and Patricia Palleschi | 10866 Wilshire Blvd., 10th Floor | Los Angeles, CA 90024 |
| 112 | Ring-Green Family Trust dtd 11-3-00 | 100,000 | 0.50 | Attn: Robert Ring & Susan Green | 1677 San Onofre Drive | Pacific Palisades, CA 90272 |
| 113 | Robert Sanitsky | 100,000 | 0.50 | | 10348 Cheviot Drive | Los Angeles, CA 90064 |
| 114 | Ronald H. and Marilyn Josephs | 100,000 | 0.50 | Attn: Steve Blatt | 11111 Santa Monica Blvd., Suite 800 | Los Angeles, CA 90025 |
| 117 | Jonathan and Diane Levin | 100,000 | 0.50 | - | 16350 Ventura Blvd., Apt. 333 | Encino, CA 91436 |
| 118 | The Eve Slaff GST Exempt Trust | 100,000 | 0.50 | Attn: Nora Slaff | 4120 Mary Ellen Avenue | Studio City, CA 91604 |
| 120 | Reza Etedali & Nina Maeda 2002 Trust u/d/t 3-21-02 | 100,000 | 0.50 | Attn: Reza Etedali | 712 N. Whittier Drive | Beverly Hills, CA 90210 |
| 122 | Kenneth C. Haupt Trust dtd 12-6-91 | 100,000 | 0.50 | | 18662 MacArthur Blvd., Suite 300 | Irvine, CA 92612 |
| 123 | James E. Franco | 150,000 | 0.75 | Attn: Jeff Blatt | 16 Pacheco Creek Drive | Novato, CA 94949 |
| 125 | Lisa Harmon Trust DTD 8/19/99 | 200,000 | 1.00 | Attn: Alan Reed Harmon | 920 E. Dean Keeton Street | Austin, TX 78705 |
| | | | | | P.O. Box 2879 | Kamuela, HI 96743 |

| | | | | |
|---|---|---|---|---|
| 127 Grant Shoemaker, LLC | 200,000 | 1.00 | Attn: Steve Blatt<br>11111 Santa Monica Blvd.,<br>Suite 800 | Los Angeles, CA 90025 |
| 129 Carsam Capital L.P. | 200,000 | 1.00 | Attn: Stewart Smith<br>1800 Augusta Drive,<br>Suite 400 | Houston, TX 77057-3131 |
| 130 The Long Family Trust | 200,000 | 1.00 | /Fuller Realty Partners, LLC | |
| 131 Jim Foster | 1,000,000 | 1.00 | 469 E. Raintree Court | Louisville, CO 80029 |
| 134 Austin Ranch LLC | 200,000 | 5.00 | 17 Hollins Drive | Santa Cruz, CA 95060 |
| 139 Allen H. Smith | 200,000 | 1.00 | c/o Harris Williams & Co.,<br>1001 Haxall Point,<br>Suite 900, 9th Floor | Richmond, VA 23219 |
| 140 Thomas F. Stephenson<br>Family Trust | 1,000,000 | 1.00 | Attn: H. Hiter Harris III<br>736 Taft Road | Hinsdale, IL 60521 |
| 141 James and Lynn Saunders<br>Trust DTD 2/4/00 | 200,000 | 5.00 | - 198 Fair Oaks Lane | Atherton, CA 94027 |
| 142 Stacy and John Yost Revocable | 200,000 | 1.00 | - 209 Pacific Ave. | Piedmont, CA 94611 |
| | | 1.00 | - 94 King Avenue | Oakland, CA 94611 |
| Total | 25,700,000 | 128.50 | | |