Pamela M. Egan, SBN 224758
The Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com

*Attorneys for XS Ranch Fund VI, LP, Reorganized Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-03167 |
| XS Ranch Fund VI, L.P., | The Honorable Roger L. Efremsky |
| Reorganized Debtor. | Chapter 11 |
| | **NOTICE OF WITHDRAWAL AND WITHDRAWAL OF DECLARATION OF MICHAEL VANDERLEY IN SUPPORT OF MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT CASE TO CHAPTER 7 AND *EX PARTE* MOTION FOR HEARING ON MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT CASE TO CHAPTER 7** |

**PLEASE TAKE NOTICE** that as set forth in the page appended hereto, Michael VanderLey withdraws the *Declaration of Michael VanderLey in Support of Motion Under 11 U.S.C. § 1112(B) to Convert Case to Chapter 7 and Ex Parte Motion for Hearing on Motion Under 11 U.S.C. Section 1112(B) to Convert Case to Chapter 7* [ECF 604] filed in the above-captioned case on November 27, 2019.

DATED this 3rd day of December 2019.

POTOMAC LAW GROUP, PLLC

By: */s/ Pamela M. Egan*
    Pamela M. Egan
    *Attorneys for Reorganized Debtor*

NOTICE OF WITHDRAWAL AND WITHDRAWAL OF DECLARATION - Page 1
4832-7532-9966, v. 1

# WITHDRAWAL

I, Michael VanderLey, hereby withdraw the *Declaration of Michael VanderLey in Support of Motion Under 11 U.S.C. § 1112(b) to Convert Case to Chapter 7 and Ex Parte Motion for Hearing on Motion Under 11 U.S.C. Section 1112(b) to Convert Case to Chapter 7* filed in the above-captioned case on November 27, 2019 [ECF 604].

DATED this 3rd day of December 2019.

_____
Michael VanderLey

NOTICE OF WITHDRAWAL AND WITHDRAWAL OF DECLARATION - Page 2
4832-7532-9966, v. 1